```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      CENTRAL DISTRICT OF CALIFORNIA
10
11   DANIEL LOPEZ,                    )   NO. CV 14-7087-SJO(Ex)
                                      )
12             Plaintiff,             )
                                      )
13        v.                          )   CERTIFICATION AND ORDER
                                      )
14   ZUBAIR BHOLAT, et al.,           )   TO SHOW CAUSE RE CONTEMPT
                                      )
15             Defendant.             )
                                      )
16   _____)
17
18        IT IS ORDERED that Zubair M. Bholat ("Bholat") shall appear on
19   August 29, 2016, at 8:30 a.m., in Courtroom 1 before the Honorable
20   S. James Otero, United States District Judge, and then and there
21   shall show cause, if there be any, why Bholat should not be adjudged
22   in contempt by reason of the facts certified herein.
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///
```

In accordance with 28 U.S.C. section 636(e), the Magistrate Judge certifies the following facts:[1]

1. On February 5, 2015, this Court entered a Default Judgment against Bholat and in favor of Plaintiff.

2. On June 19, 2015, Plaintiff filed an "Application for Appearance and Examination re: Enforcement of Judgment," seeking an order that Bholat appear before the Magistrate Judge for a judgment debtor examination.

3. On June 24, 2015, the Magistrate Judge issued an "Order to Appear for Examination re: Enforcement of Judgment," requiring that Bholat appear before the Magistrate Judge on August 7, 2015, in Courtroom 20 at 9:30 a.m. for a judgment debtor examination.

4. On August 3, 2015, the Magistrate Judge filed an order continuing the judgment debtor examination of Bholat until November 13, 2015, at 9:30 a.m. in Courtroom 20.

///

---

[1] The question of whether Bholat should be held in contempt on these certified facts, and the question of the appropriate sanctions to be imposed, if any, are commended to the District Judge for his consideration. See 28 U.S.C. § 636(e); see also Bingman v. Ward, 100 F.3d 653, 658 (9th Cir. 1996), cert. denied, 520 U.S. 1188 (1997); Taberer v. Armstrong World Industries, Inc., 954 F.2d 888, 903-908 (3rd Cir. 1992). The limited contempt powers granted to Magistrate Judges in the "Federal Courts Improvement Act of 2000" do not extend to the circumstances presented in the instant case. See 28 U.S.C. § 636(e).

2

5. A proof of service filed by Plaintiff on August 16, 2015, purportedly reflects an August 10, 2015 personal service on Bholat of the Magistrate Judge's order continuing the judgment debtor examination until November 13, 2015.

6. On November 13, 2015, at 9:30 a.m. in Courtroom 20, counsel for Plaintiff appeared for Bholat's examination but Bholat failed to appear at that time and place.

7. On April 20, 2016, Plaintiff filed another "Application for Appearance and Examination re: Enforcement of Judgment," seeking another order that Bholat appear before the Magistrate Judge for a judgment debtor examination.

8. On April 22, 2016, the Magistrate Judge issued an "Order to Appear for Examination re: Enforcement of Judgment," requiring that Bholat appear before the Magistrate Judge on June 24, 2016, in Courtroom 20 at 9:30 a.m. for a judgment debtor examination.

9. A proof of service filed by Plaintiff on May 8, 2016, purportedly reflects an April 30, 2016 personal service on Bholat of the Magistrate Judge's "Order to Appear for Examination re: Enforcement of Judgment."

///
///
///

1  10.  On June 24, 2016, at 9:30 a.m. in Courtroom 20,
2  counsel for Plaintiff appeared for Bholat's examination but
3  Bholat failed to appear at that time and place.

5  DATED: June 27, 2016

8                                    /s/
                              CHARLES F. EICK
9                      UNITED STATES MAGISTRATE JUDGE